UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INFORMATION CR 11-223 PAM |
| Plaintiff, ) | |
| v. ) | |
| ) | (18 U.S.C. § 249(a)(1)) |
| GEORGE THOMPSON, ) | |
| Defendant. ) | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
(Civil Rights)

1. On or about May 4, 2010, in the State and District of Minnesota, the defendant,

**GEORGE THOMPSON,**

willfully caused bodily injury to M.O., who is a Muslim of Somali descent, because of M.O.'s actual and perceived religion and national origin. Specifically, the defendant physically assaulted M.O. while yelling that M.O. was a Muslim and a Somali and should go back to Africa. All in violation of 18 U.S.C. § 249(a)(1).

Dated: 7-14-11

B. TODD JONES
United States Attorney

BY: /s/ Anni M. Anaya
Assistant U.S. Attorney

Nicole Lee Ndumele
Trial Attorney
United States Department
of Justice
Civil Rights Division
Criminal Section

SCANNED
JUL 15 2011,
U.S. DISTRICT COURT ST. PAUL

FILED JUL 14 2011
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____