# United States District Court
### District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>**George Thompson** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number:  **Criminal 11-223 PAM**<br>USM Number: **15958-041**<br>Social Security Number:  9361<br>Date of Birth: 1947<br><br>**Mark  J. Miller**<br>Defendant's Attorney |

**THE DEFENDANT: George Thompson**

[x]     pleaded guilty to count(s):  **one of the one-count Information** .
[]      pleaded nolo contendere to counts(s)  which was accepted by the court.
[]      was found guilty on count(s)  after a plea of not guilty.
The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:249(a)(1) | Civil Rights Violation | 5/04/2010 | 1 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[]      The defendant has been found not guilty on counts(s) **.**
[]      Count(s)  (is)(are) dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in the economic circumstances.

**November 29, 2011**
Date of Imposition of Judgment

s/Paul A. Magnuson
Signature of Judge

**PAUL A. MAGNUSON**, Senior United States District Judge
Name & Title of Judge

**November 29, 2011**
Date

AO 245B (Rev. 11/11)  Sheet 2 - Imprisonment

DEFENDANT:        GEORGE THOMPSON
CASE NUMBER:  CRIMINAL 11-223 PAM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  **6 months** .

[x]  The court makes the following recommendations to the Bureau of Prisons:
**The defendant be placed in a minimum security facility such as Duluth, MN or Yankton, SD.**

[]  The defendant is remanded to the custody of the United States Marshal.

[x]  The defendant shall surrender to the United States Marshal for this district or at the institution designated by the Bureau of Prisons:
[x] at  **or before 11:00 am**   on  **January 3, 2012** .
[] as notified by the United States Marshal.

[x]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[] before  on .
[] as notified by the United States Marshal.
[] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on_____ to _____
a _____ , with a certified copy of this Judgment.

United States Marshal

By _____
Deputy United States Marshal

AO 245B (Rev. 11/11)  Sheet 3 - Supervised Release
___
DEFENDANT:          GEORGE THOMPSON
CASE NUMBER:    CRIMINAL 11-223 PAM

## SUPERVISED RELEASE

    Upon release from imprisonment, the defendant shall be on supervised release for a term of  **three years**  .

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

[ ]    The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

[**x**]    The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

[**x**]    The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

[ ]    The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

[ ]    The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this Judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 11/11) Sheet 3A - Supervised Release

DEFENDANT: GEORGE THOMPSON
CASE NUMBER: CRIMINAL 11-223 PAM

# SPECIAL CONDITIONS OF SUPERVISION

a     The defendant shall not commit any crimes, federal, state, or local.

b     The defendant shall abide by the standard conditions of supervised release recommended by the Sentencing Commission.

c     The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapon.

d     The defendant shall report to the U.S. Probation Office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

e     The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. 18 U.S.C. 3563(a) and 3583(d).

f     The defendant shall cooperate in the collection of DNA as directed by the probation officer. 18 U.S.C. 3563(a) and 3583(d).

g     The defendant shall abstain from the use of alcohol and other intoxicants and not frequent establishments whose primary business is the sale fo alcoholic beverages.

h     The defendant shall participate in a program for substance abuse as approved by the probation offic3er. That program may include testing and inpatient or outpatient treatment, counseling or a support group. Further, the defendant shall contribute to the cots of such treatment as determined by the Probation Office Co-Payment Program not to exceed the total cost of treatment.

i     The defendant shall participate in a psychological/psychiatric counseling or treatment, program, as approved by the probation officer. Further, the defendant shall contribute to the costs of such treatment as determined by the Probation Office Co-Payment Program not to exceed the total cost of treatment.

j     The defendant shall pay a special assessment fine of $100 to be paid immediately.

k     No fine, costs of imprisonment or costs of supervision imposed.